**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Supreme Court**

The State, Respondent,

v.

Demetrice Roosevelt James, Petitioner.

Appellate Case No. 2017-000700

---

**ON WRIT OF CERTIORARI TO THE COURT OF
APPEALS**

---

Appeal from Richland County
John C. Hayes, III, Circuit Court Judge

---

Unpublished Opinion No. 2018-MO-020
Heard May 3, 2018 – Filed May 23, 2018

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine H. Hudgins, of Columbia,
for Petitioner.

Attorney General Alan Wilson, Assistant Attorney
General V. Henry Gunter, Jr., and Solicitor Daniel E.
Johnson, all of Columbia, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the decision of the Court of Appeals in *State v. James*, Op. No. 2017-UP-028 (S.C. Ct. App. filed Jan. 11, 2017).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**